## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEPHANIE R. BARTRAM,** | |
| **Plaintiff,** | **8:23CV474** |
| **vs.** | |
| **SARPY COUNTY SCHOOL DISTRICT 0037, RICH BERAN, ANDREW RINALDI, and GRETNA PUBLIC SCHOOLS BOARD OF EDUCATION,** | **CASE PROGRESSION ORDER** |
| **Defendants.** | |

This matter comes before the Court on the parties' Joint Stipulated Motion to Extend (Filing No. 16).  After review of the parties' stipulated motion, the Court finds good cause to grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Joint Stipulated Motion to Extend (Filing No. 16) is granted, and the amended final progression order is amended as follows:

1)  The deadline for moving to amend pleadings or add parties is **May 22, 2024**

2)  The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **July 22, 2024**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **August 6, 2024**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

3)  The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **August 22, 2024** |
   | For the defendant: | **September 23, 2024** |
   | Plaintiff's rebuttal: | **October 7, 2024** |

4)  The deadlines for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **September 23, 2024** |
   | For the defendants: | **October 22, 2024** |
   | Plaintiff's rebuttal: | **November 5, 2024** |

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **October 3, 2024**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **ten (10)**.

6) The planning conference set for September 4, 2024, is cancelled.  The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **October 9, 2024**, at **11:00 a.m.** by telephone. The parties shall use the conferencing instructions assigned to this case to participate in the conference that will be filed under separate order.

7) The deadline for filing motions to dismiss and motions for summary judgment is **December 3, 2024**.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **December 3, 2024**.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 22nd day of February, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge