IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEPHANIE R. BARTRAM,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SARPY COUNTY SCHOOL DISTRICT 0037, RICH BERAN, ANDREW RINALDI, and GRETNA PUBLIC SCHOOLS BOARD OF EDUCATION,**<br><br>**Defendants.** | **8:23CV474**<br><br>**SECOND AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the parties' Joint Motion to Extend (Filing No. 32). After review of the parties' stipulated motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend (Filing No. 32) is granted, and the case progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **November 22, 2024**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **December 6, 2024**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff:		**December 20, 2024**
    For the defendant:		**January 21, 2025**
    Plaintiff's rebuttal:		**February 4, 2025**

3) The deadlines for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff:		**January 21, 2025**
    For the defendants:		**February 21, 2025**
    Plaintiff's rebuttal:		**March 7, 2025**

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

4)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **January 31, 2025**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **ten (10)**.

5)     The planning conference set for December 4, 2024, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **February 5, 2025**, at **11:30 a.m.** by telephone. The parties shall use the conferencing instructions assigned to this case to participate in the conference that will be filed under separate order.

6)     The deadline for filing motions to dismiss and motions for summary judgment is **April 4, 2025**.

7)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **April 4, 2025**.

8)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 12th day of September, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge